# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Edwina Hope Nelson</u>      Case Number: <u>2:11-00002-19</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>July 11, 2012</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Hydrocodone, and Alpraxolam</u>

Original Sentence: <u>Three years' probation</u>

Type of Supervision: <u>Probation</u>      Date Supervision Commenced: <u>July 11, 2012</u>

Assistant U.S. Attorney: <u>Alex Little</u>      Defense Attorney: <u>James Thomas & Robert Peal</u>

---

The Court orders:

- [x] No Action Necessary at this Time
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this 15th day of Nov, 2013,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Kara Sanders
U.S. Probation Officer

Place: Nashville

Date: November 15, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1. **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

   On October 22, 2013, U.S. Probation Officer Kara Sanders was contacted by Tennessee State Trooper Stanford. Officer Stanford stopped Ms. Nelson for a traffic violation in Putnam County, Tennessee. During the traffic stop he determined her passenger Derrick Lane had outstanding warrants. Ms. Nelson permitted a search of her vehicle. Officer Stanford discovered a large quantity of prescription pain pills under the passenger seat where Mr. Lane was sitting. Mr. Lane indicated that the pills where his and Ms. Nelson denied any knowledge of the pills. There were also multiple empty Oxycodone and Oxymorphone prescription bottles in the vehicle. All of the empty prescription bottles belonged to Ms. Nelson. She was released and not charged with any crime and given a warning for the traffic violation. Mr. Lane was arrested and charged with possession of narcotics. Mr. Lane is also a convicted felon.

   Ms. Nelson contacted Officer Sanders to report the police contact. She indicated she and Mr. Lane were returning from the McMinnville Medical Consultants pain clinic. She reports she was unaware he was a convicted felon, had outstanding warrants or had any prescription narcotics in his possession.

**Compliance with Supervision Conditions and Prior Interventions:**

Edwina Hope Nelson is unemployed and lives in Crossville, Tennessee. Ms. Nelson was sentenced to three years' probation on July 11, 2012, and she is due to terminate supervision on July 10, 2015.

Ms. Nelson was given a verbal reprimand on April 19, 2013, and re-instructed to notify the probation officer promptly of any change in physician and/or pharmacy who prescribes/dispenses controlled substances to her. Ms. Nelson was given a verbal reprimand on April 30, 2013, and re-instructed to not abuse her prescribed medications. She has been advised of the serious health concerns of abusing her medications and possible legal ramifications. Ms. Nelson currently participates in weekly mental health treatment at Cumberland Mountain Mental Health Center in Crossville, Tennessee.

On May 21, 2013, the probation officer met with Ms. Nelson and Debra Ward, her therapist at Cumberland Mountain Mental Health, as well as family members Ms. Nelson brought to the meeting, to discuss substance abuse treatment options. Ms. Nelson does not believe that she has a substance abuse problem and will not voluntarily enter an inpatient treatment program, as recommended by her therapist and encouraged by the probation officer.

It should also be noted that Ms. Nelson has received medications from four different pain clinics within the last year: Primary Care and Pain Clinic in Chattanooga, Tennessee, Spinal Pain Solutions in Harriman, Tennessee, McMinnville Pain Clinic in McMinnville, Tennessee, and Tennessee Interventional Pain Institute in Murfreesboro. The Primary Care and Pain Clinic was closed by the Dug Enforcement Administration. After testing positive for Suboxone at Spinal Pain Solutions in March 2013, Ms. Nelson is having a difficult time finding another pain clinic who will treat her.

Ms. Nelson is currently receiving pain medication from McMinnville Medical Consultants. Her diagnosis has been requested but not received to date. Officer Sanders has attempted to contact them via telephone with no response.

**U.S. Probation Officer Recommendation:**

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Ms. Nelson remain on probation, continue to participate in mental health treatment at Cumberland Mountain Mental Health, take all medications as prescribed, and not incur any future violations.

The U.S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer